OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

8/26/2015
PENDLETON, ANTHONY CURRY     Tr. Ct. No. 8617-A     WR-83,579-02

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, applicant's supporting facts and/or grounds for relief are not on the prescribed form. See Ex parte Blacklock, 191 S.W.3d 718 (Tex. Crim. App. 2006).

Abel Acosta, Clerk

ANTHONY CURRY PENDLETON
1963503     I A